# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5059
Owner:  Unknown Heirs/Devisees of Arturo Garza, Jr.
Acres:  1.312

**Being** a 1.312 acre (57,148 square feet) parcel of land, more or less, being out of the Juana

Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo,

Mexico, now Starr County, Texas, being out of Share 2-A as described in the Final Decree

of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and

being out of the remainder of a called 29.200 acre tract conveyed to Arturo Garza, Jr. by

Executor's Deed recorded in Volume 462, Page 307, Deed Records of Starr County, Texas

(First Tract, Share 2-A), said parcel of land being more particularly described by metes

and bounds as follows;

**Commencing** at a found 5/8" iron rod at the original southwest corner of Share 2-A, the

original southeast corner of Share 1, and the southeast corner of a called 15.936 acre tract

conveyed to Camilo Garza, Ramon R. Garza and Isidra A. de Garza by Partition

Agreement recorded in Volume 93, Page 49, Deed Records of Starr County, Texas (Tract

II), being the same tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda,

Ranulfo Garza, Elida G. Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon

Garza, Jr. and Rene Garza through inheritance from the Estate of Ramon R. Garza

recorded under Cause No. 871, Probate Records of Starr County, Texas, being the same

tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda, Ranulfo Garza, Elida G.

**SCHEDULE C (Cont.)**

Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon Garza, Jr. and Rene Garza

through inheritance from the Estate of Camilo Garza recorded under Cause No. 853,

Probate Records of Starr County, Texas, being the same tract of land conveyed to

Hortencia Gonzalez Lent, Odilia Gonzalez Guerrero, Benilde Gonzalez Rosa, Dora

Gonzalez Bilano, Julio Gonzalez, Delia Olga Gonzalez Garcia, Emma Gonzalez Ramon,

Zoila Gonzalez Fuentes and Minerva Frances Criado by Affidavit of Heirship recorded

in Volume 405, Page 89, Deed Records of Starr County, Texas, being the same tract of

land conveyed to Dario Gonzalez and Eduardo Gonzalez by Affidavit of Marital and

Family History of Jesus Maria Garza recorded in Volume 447, Page 703, Deed Records

of Starr County, Texas, and being the same tract of land conveyed to Jesus M. Garza by

Warranty Deed recorded in Volume 1421, Page 483, Official Records of Starr County,

Texas, said point having the coordinates of N=16662112.761, E=848816.889, said point

bears S 34°06'38" E, a distance of 4283.36' from United States Army Corps of Engineers

Control Point No. 210;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 2-A and the

east line of Share 1, for a distance of 2891.87' to a set 5/8" rebar with an MDS LAND

SURVEYING aluminum disk capped survey marker stamped with the following

description: "RGV-RGC-5058- 5=5059-1" for the **Point of Beginning** and southwest

corner of Tract RGV-RGC-5059, said point being in the west line of Share 2-A and the

east line of Share 1, said point having the coordinates of N=16664968.561,

E=849272.187;

## SCHEDULE C (Cont.)

**Thence:** with the common lines of Share 2-A and Share 1, the following courses and distances:

- N 09°03'30" E (N 08°07'00" E, Record), for a distance of 128.72' to a fence corner post for a westerly interior corner of Tract RGV-RGC-5059;

- N 70°32'58" W (N 72°20'00" W, Record), for a distance of 138.76' to a fence corner post for the most westerly northwest corner of Tract  RGV-RGC-5059;

- N 20°37'07" E (N 19°54'00" E, Record), for a distance of 44.31' to a set 5/8" rebar with an MDS  LAND  SURVEYING aluminum disk capped survey marker stamped  with  the  following  description:  "RGV-RGC-5058-2=5059-4"  for  the  most  northerly  northwest corner of Tract RGV-RGC-5059, said point being in the west line of Share 2-A and the east line of Share 1;

**Thence:** departing the east line of Share 1, over and across Share 2-A, the following courses and  distances:

- S 86°48'53" E, for a distance of 163.10' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5059-5" for the north corner of Tract  RGV-RGC-5059;

- S  49°08'11" E,  for  a  distance  of 228.51'  to  a set 5/8" rebar  with  an MDS  LAND SURVEYING aluminum disk capped survey marker stamped

## SCHEDULE C (Cont.)

with the following description: "RGV-RGC-5059-6=5060-2" for the northeast corner of Tract RGV-RGC- 5059, said point being in a southerly line of Share 2-A and the north line of a called 8.547 acre tract designated as Share 3 in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda, Ranulfo Garza, Elida G. Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon Garza, Jr. and Rene Garza through inheritance from the Estate of Ramon R. Garza recorded under Cause No. 871, Probate Records of Starr County, Texas, being the same tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda, Ranulfo Garza, Elida G. Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon Garza, Jr. and Rene Garza through inheritance from the Estate of Camilo Garza recorded under Cause No. 853, Probate Records of Starr County, Texas, being the same tract of land conveyed to Ranulfo Garza by Warranty Deed recorded in Volume 603, Page 503, Official Records of Starr County, Texas, and being the same tract of land conveyed to San Juanita Sepulveda by Deed of Gift recorded in Volume 1030, Page 373, Official Records of Starr County, Texas;

**Thence:** with the common lines of Share 2-A and Share 3, the following courses and distances:

- N 71°23'42" W (N 72°20'00" W, Record), for a distance of 19.99' to a fence corner post for an easterly interior corner of Tract RGV-RGC-5059;

## SCHEDULE C (Cont.)

- S 09°03'30" W (S 08°07'00" W, Record), for a distance of 226.43' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5059-8=5060-5" for the southeast corner of Tract RGV-RGC-5059, said point being in the east line of Share 2-A and the west line of Share 3;

**Thence:** N 49°08'11" W, departing the west line of Share 3, over and across Share 2-A, for a distance of 246.08' to the **Point of Beginning.**


**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D
MAP or PLAT
LAND TO BE CONDEMNED



SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 34'06'38" E | 4283.36' | N/A | N/A |
| L2 | N 09'03'30" E | 2891.87' | N 08'07'00" E | N/A |
| L3 | N 09'03'30" E | 128.72' | N 08'07'00" E | N/A |
| L4 | N 70'32'58" W | 138.76' | N 72'20'00" W | 140.00' |
| L5 | N 20'37'07" E | 44.31' | N 19'54'00" E | N/A |
| L6 | S 86'48'53" E | 163.10' | N/A | N/A |
| L7 | S 49'08'11" E | 228.51' | N/A | N/A |
| L8 | N 71'23'42" W | 19.99' | N 72'20'00" W | N/A |
| L9 | S 09'03'30" W | 226.43' | S 08'07'00" W | N/A |
| L10 | N 49'08'11" W | 245.08' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16664968.561 | 849272.187 | RGV-RGC-5058-5=5059-1 |
| 2 | 16665095.673 | 849292.453 | RGV-RGC-5058-4=5059-2 |
| 3 | 16665141.879 | 849161.611 | RGV-RGC-5058-3=5059-3 |
| 4 | 16665183.354 | 849177.216 | RGV-RGC-5058-2=5059-4 |
| 5 | 16665174.292 | 849340.068 | RGV-RGC-5059-5 |
| 6 | 16665024.786 | 849512.885 | RGV-RGC-5059-6=5060-2 |
| 7 | 16665031.163 | 849493.940 | RGV-RGC-5059-7=5060-1 |
| 8 | 16664807.560 | 849458.291 | RGV-RGC-5059-8=5060-5 |
| 9 | 16662112.761 | 848816.889 | POC RGV-RGC-5059 |



LEGEND

● 5/8" REBAR W/ "MDS" CAP SET

⊙ FOUND MONUMENT

△ CONTROL POINT

○ FENCE CORNER POST

DRSC    DEED RECORDS OF STARR COUNTY
IPF     IRON PIPE FOUND
IRF     IRON ROD FOUND
ORSC    OFFICIAL RECORDS OF STARR COUNTY
PG      PAGE
PGB     POINT OF BEGINNING
POC     POINT OF COMMENCING
VOL.    VOLUME

———————— ACQUISITION BOUNDARY

—··—··—··— ADJOINING ACQUISITION BOUNDARY

～～～～～ BRUSH/VEGETATION

———— P L ———— PROPERTY LINE

— x — x — x — WIRE FENCE

(#) SEE SHEET 6

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**MDS** LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**

**ARTURO GARZA, JR.**

TRACT No. RGV·RGC·5059

STARR COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19088-76-86 | |

CONTRACT NO.: W9127S-14-D-0013
T.o.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103040



ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2365
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-5059    DATE: 4/3/2020

## SCHEDULE D (Cont.)

**(1a)**
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 DRSC
(FIRST TRACT, SHARE 2-A)

REMAINING AREA: 12.050 ACRES

**(1b)**
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 DRSC
(FIRST TRACT, SHARE 2-A)

REMAINING AREA: 13.644 ACRES

**(2)**
CAMILO GARZA, ET AL
CALLED 15.936 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 49 DRSC
(TRACT II)

HORTENCIA GLENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 DRSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 DRSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(3)**
CAMILO GARZA & RAMON GARZA
CALLED 8.547 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 3)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

RANULFO GARZA
WARRANTY DEED
VOL. 603, PG. 503 ORSC

SAN JUANITA SEPULVEDA
DEED OF GIFT
VOL. 1030, PG. 373 ORSC

**(4)**
MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 4-A)

**(5)**
MARTINA G. VDA. DE GONZALEZ
CALLED 4.865 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 49 DRSC
(TRACT I)

**(8)**
JESSE DANIEL SANCHEZ
CALLED 0.232 OF AN ACRE
WARRANTY DEED
VOL. 608, PG. 377 ORSC

**(9)**
ANABELIA HINOJOSA
CALLED 0.982 OF AN ACRE
WARRANTY DEED
W/ MINERAL RESERVATION
VOL. 1053, PG. 374 ORSC

**(7)**
ELIZABETH MORENO
CALLED 0.50 OF AN ACRE
WARRANTY DEED
W/ MINERAL RESERVATION
VOL. 1028, PG. 12 ORSC

**(12)**
PABLO MORENO, JR.
CALLED 1.41 ACRES
SPECIAL WARRANTY DEED
VOL. 713, PG. 300 ORSC

**(13)**
JUAN GARCIA
& DOMINGO GARCIA
CALLED 4.339 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 19)

**(6)**
JUAN GARCIA GARZA
&DOMINGO GARZA
CALLED 7.968 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 44 DRSC
(FOURTH)

HORTENCIA GLENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 DRSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 DRSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(11)**
ZOLIA GARZA PEREZ
CALLED 1.414 ACRES
WARRANTY DEED
VOL. 746, PG. 627 ORSC

**(16)**
MARTIN GARZA
CALLED 3.5707 ACRES
DEED OF GIFT
VOL. 965, PG. 338 ORSC

**(15)**
L&R PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT I)

**(10)**
LIBRADO PEREZ
CALLED 1.414 ACRES
WARRANTY DEED
VOL. 1170, PG. 379 ORSC
VOL. 1170, PG. 384 ORSC
VOL. 1170, PG. 388 ORSC
(TRACT I)

**(14)**
BENITO ALVAREZ, JR., ET AL
CALLED 1.99 ACRES
WARRANTY DEED
VOL. 511, PG. 781 ORSC

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**ARTURO GARZA, JR.**
**TRACT No. RGV-RGC-5059**
**STARR COUNTY                      TEXAS**

Drawing Ref. No. 8
SHEET 6 OF 8

| Mark | Description | Date | Appt | | BY | DATE |
|------|-------------|------|------|---|-----|------|
| | | | | Drawn | LMK | 4/20 |
| | | | | Checked | LMK | 4/20 |
| | | | | Surveyor | JOB | 4/20 |
| | | | | Fld. Bk. # | 19088-76-84 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA61577967001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942


**B&F ENGINEERING, INC.**
528 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

U.S. Army Corps of Engineers

MDS PROJ. NO. 18-200-00        FILE NAME: RGV-RGC-5059        DATE: 4/3/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract: RGV-RGC-5059
Owner: Unknown Heirs/Devisees of Arturo Garza, Jr.
Acreage: 1.312

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5059
Owner:  Unknown Heirs/Devisees of Arturo Garza, Jr.
Acres:  1.312

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in that certain Executor's Deed dated October 15, 1982, recorded in Volume 462, Page 307, Document No. 1982-114427, Official Public Records, Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN THOUSAND, SEVEN HUNDRED AND FIFTY-TWO DOLLARS AND NO/100 ($7,752.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Unknown heirs/devisees of Arturo Garza, Jr.**<br><br>*Known heirs of Arturo Garza, Jr.:*<br>**Martin Garza**<br><br>Brenham, Texas  77833<br><br>**Unknown heirs/devisees of Noemi Garza Flores, deceased**<br><br>*Known heirs of Noemi Garza Flores:*<br>**Arturo Flores, Jr.**<br><br>Mission, Texas 78574 | Executor's Deed,<br>Volume 462, Page 307,<br>Doc. #1982-114427, filed October 15, 1982,<br>Official Public Records,<br>Starr County, Texas |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | Property ID 32933 |